```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
```

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for the Debtor

In Re:

Eric P. Martin

Case No.:   23-18333

Chapter:    13

Adv. Pro. No.

Hearing Date:  01/17/2024

Judge:   RG

## CERTIFICATION OF SERVICE

1. I, Suzanne L. Towler:

   ☐ represent the _____ in the above captioned matter.

   ☑ am the secretary/paralegal for Dean G. Sutton, Esq., who represents the debtor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On December 11, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Proof of Claim filed by the Debtor on behalf of Lake Mohawk Country Club.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of services indicated.

Dated: 01/03/2024                              /s/Suzanne L. Towler____
                                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Road,<br>Suite 330<br>Fairfield, N.J. 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other<br><br>(as authorized by the court *) |
| Eric Patrick Martin<br>41 Valley View Trail<br>Sparta, NJ 07871 | Debtor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br><br>(as authorized by the court *) |
| Lake Mohawk Country Club<br>21 The Boardwalk<br>Sparta, NJ 07871 | Creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br><br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*