Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−18333−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Eric Patrick Martin
    41 Valley View Trail
    Sparta, NJ 07871

Social Security No.:
    xxx−xx−3225

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/4/2023 and a confirmation hearing on such Plan has been scheduled for 12/6/2023.

The debtor filed a Modified Plan on 1/5/2024 and a confirmation hearing on the Modified Plan is scheduled for 2/7/2024 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: January 5, 2024
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 23-18333-RG

Eric Patrick Martin                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                        Page 1 of 2

Date Rcvd: Jan 05, 2024                    Form ID: 186                              Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Patrick Martin, 41 Valley View Trail, Sparta, NJ 07871-1418 |
| 520032573 | + | Lake Mohawk Country Club, 21 The Boardwalk, Sparta, NJ 07871-1806 |
| 520032572 | + | Lake Mohawk Country Club, Kennedys CMK LLP, 120 Mountain View Boulevard, Basking Ridge, NJ 07920-3454 |
| 520032587 | | Nissan Financial Services, PO Box 660360, Dallas, TX 75266-0360 |
| 520043949 | + | Wendy Martin, 41 Valley View Trail, Sparta NJ 07871-1418 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520032569 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2024 20:49:59 | Citi Mastercard, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 520062327 | | Email/Text: mrdiscen@discover.com | Jan 05 2024 20:44:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520032570 | + | Email/Text: mrdiscen@discover.com | Jan 05 2024 20:44:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520043948 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2024 20:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 520032571 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 05 2024 20:46:00 | Key Bank, PO Box 5788, Cleveland, OH 44101-0788 |
| 520032574 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 05 2024 20:45:00 | Mr Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 520098242 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 05 2024 20:45:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 520032575 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 05 2024 20:46:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520093880 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2024 20:45:00 | PNC Bank, National Association, po box 94982, Cleveland, OH 44101 |
| 520032589 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2024 20:45:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520101664 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2024 20:49:49 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520032590 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

District/off: 0312-2                                      User: admin                                              Page 2 of 2

Date Rcvd: Jan 05, 2024                              Form ID: 186                                      Total Noticed: 20

|  |  | Jan 05 2024 20:49:55 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|
| 520055193 | + Email/Text: electronicbkydocs@nelnet.net | | |
|  |  | Jan 05 2024 20:46:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520032576 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032577 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032578 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032579 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032580 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032581 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032582 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032583 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032584 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032585 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032586 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032588 | * | Nissan Financial Services, PO Box 660360, Dallas, TX 75266-0360 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2024                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dean G. Sutton | on behalf of Debtor Eric Patrick Martin dean@deansuttonlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5