DEAN G. SUTTON
18 GREEN RD.
PO BOX 187
SPARTA, NJ  07871

Re:  ERIC PATRICK MARTIN　　　　　　　　　　　　Atty:  DEAN G. SUTTON
　　　41 VALLEY VIEW TRAIL　　　　　　　　　　　　　　　　18 GREEN RD.
　　　SPARTA,  NJ  07871　　　　　　　　　　　　　　　　　　PO BOX 187
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SPARTA, NJ  07871

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 23-18333

### RECEIPTS AS OF 01/01/2024　　　　　　　　　　　(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/27/2023 | $2,300.00 | 4124357 | 12/04/2023 | $2,300.00 | |

**Total Receipts: $4,600.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,600.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024　　　　(Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 552.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CITI MASTERCARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | DISCOVER BANK | UNSECURED | 7,253.69 | 0.00% | 0.00 | 0.00 |
| 0007 | NELNET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 13,346.06 | 0.00% | 0.00 | 0.00 |
| 0010 | SYNCHRONY BANK | UNSECURED | 307.86 | 0.00% | 0.00 | 0.00 |
| 0013 | UNITED STATES TREASURY/IRS | PRIORITY | 1,968.23 | 100.00% | 0.00 | 0.00 |
| 0014 | NELNET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | NELNET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | NELNET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | NELNET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | NELNET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | NELNET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | NELNET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | NELNET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | NELNET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | NELNET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | US DEPARTMENT OF EDUCATION | UNSECURED | 341,206.81 | 0.00% | 0.00 | 0.00 |
| 0025 | LAKE MOHAWK COUNTRY CLUB | SECURED | 18,055.40 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 23-18333**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0026 | NATIONSTAR MORTGAGE LLC | (NEW) Prepetition A | 5,364.25 | 100.00% | 0.00 | 0.00 |
| 0027 | NISSAN FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | UNITED STATES TREASURY/IRS | UNSECURED | 46.89 | 0.00% | 0.00 | 0.00 |

**Total Paid: $552.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $4,600.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $552.00    =    Funds on Hand: $6,348.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.