Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                               Case No.:  23−18333−RG
                               Chapter:  13
                               Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric Patrick Martin
   41 Valley View Trail
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−3225

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 7, 2024.

Dated: March 7, 2024
JAN: slm

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 23-18333-RG

Eric Patrick Martin                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2

Date Rcvd: Mar 07, 2024      Form ID: plncf13      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Patrick Martin, 41 Valley View Trail, Sparta, NJ 07871-1418 |
| 520032573 | + | Lake Mohawk Country Club, 21 The Boardwalk, Sparta, NJ 07871-1806 |
| 520032572 | + | Lake Mohawk Country Club, Kennedys CMK LLP, 120 Mountain View Boulevard, Basking Ridge, NJ 07920-3454 |
| 520032587 | | Nissan Financial Services, PO Box 660360, Dallas, TX 75266-0360 |
| 520043949 | + | Wendy Martin, 41 Valley View Trail, Sparta NJ 07871-1418 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 07 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 07 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520032569 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2024 20:56:51 | Citi Mastercard, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 520062327 | | Email/Text: mrdiscen@discover.com | Mar 07 2024 20:48:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520032570 | + | Email/Text: mrdiscen@discover.com | Mar 07 2024 20:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520043948 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 07 2024 20:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 520032571 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 07 2024 20:49:00 | Key Bank, PO Box 5788, Cleveland, OH 44101-0788 |
| 520032574 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 20:49:00 | Mr Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 520098242 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 20:49:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 520032575 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 07 2024 20:49:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520093880 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 07 2024 20:48:00 | PNC Bank, National Association, po box 94982, Cleveland, OH 44101 |
| 520032589 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 07 2024 20:48:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520101664 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 07 2024 20:56:25 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520032590 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 23-18333-RG  Doc 31  Filed 03/09/24  Entered 03/10/24 00:15:23  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 07, 2024 | Form ID: plncf13 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 07 2024 20:56:20 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520055193 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 07 2024 20:49:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520032576 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032577 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032578 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032579 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032580 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032581 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032582 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032583 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032584 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032585 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032586 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520032588 | * | Nissan Financial Services, PO Box 660360, Dallas, TX 75266-0360 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dean G. Sutton | on behalf of Debtor Eric Patrick Martin dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5