# Dean G. Sutton, Esquire

**Attorney At Law**

*NEW JERSEY OFFICE*
**181 New Road, Suite 201**
**Parsippany, NJ 07054**

**Board Certified**
**Consumer Bankruptcy Law**
**American Board of Certification**
**-------------**
**\*All Correspondence Must Be**
**Mailed To Delaware Address**
**Or Emailed To**
**dean@deansuttonlaw.com**
**(973)729-8121**

**\*DELAWARE MAILING**
**ADDRESS**
**57 Buxton Circle**
**Magnolia, DE  19962**

December 17, 2024

_Sent Via Email_

Honorable Rosemary Gambardella
United States Bankruptcy Court
King Federal Building
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

Reference:    Eric Patrick Martin
Case No. 23-18333-RG
Motion to Withdraw as Attorney for the Debtor(s)
Hearing Date: December 18, 2024 @ 10:00 a.m.

Dear Judge Gambardella,

Please be advised that in a review of PACER I found that there is no opposition in regard to the above referenced matter.

Therefore, I believe this matter can be decided on the papers, and Counsel for the Debtor will not be in attendance at this hearing.

Thank you for your courtesies.

Respectfully submitted,
/s/Dean G. Sutton
Dean G. Sutton

DGS/st
cc:  Marie Ann Greenberg, Trustee - Sent Via E-mail