UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
57 Buxton Circle
Magnolia, DE  19962
(973) 729-8121
dean@deansuttonlaw.com
Attorney for Debtor(s)

Order Filed on December 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Eric Patrick Martin

Case No.: 23-18333-RG

Chapter: 13

Hearing Date: December 18, 2024

Judge: RG

## ORDER RELIEVING DEBTOR'S COUNSEL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 20, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Eric Patrick Martin
Case No. 23-18333-RG
Caption of Order: Order Relieving Debtor's Counsel

This matter having been opened to the Court by Dean G. Sutton, Esq., and Dean G. Sutton having appeared and good cause having been shown;

IT IS ORDERED, that Dean G. Sutton, Esquire is relieved as counsel for the Debtor(s).