UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
57 Buxton Circle
Magnolia, DE  19962
(973) 729-8121
dean@deansuttonlaw.com
Attorney for Debtor(s)

Order Filed on December 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Eric Patrick Martin

Case No.: 23-18333-RG

Chapter:  13

Hearing Date:  December 18, 2024

Judge:  RG

## ORDER RELIEVING DEBTOR'S COUNSEL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 20, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Eric Patrick Martin
Case No.  23-18333-RG
Caption of Order:  Order Relieving Debtor's Counsel

This matter having been opened to the Court by Dean G. Sutton, Esq., and Dean G. Sutton having appeared and good cause having been shown;

IT IS ORDERED, that Dean G. Sutton, Esquire is relieved as counsel for the Debtor(s).

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18333-RG |
| Eric Patrick Martin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 20, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

**Recip ID        Recipient Name and Address**
db              + Eric Patrick Martin, 41 Valley View Trail, Sparta, NJ 07871-1418

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:

**Name                         Email Address**

Dean G. Sutton
                   on behalf of Debtor Eric Patrick Martin dean@deansuttonlaw.com

Denise E. Carlon
                   on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                   magecf@magtrustee.com

Roger Fay
                   on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net bkecf@milsteadlaw.com

U.S. Trustee
                   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5