PRO SE
,

Re: ERIC PATRICK MARTIN
41 VALLEY VIEW TRAIL
SPARTA, NJ 07871

Atty: PRO SE
,

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025**
**Chapter 13 Case # 23-18333**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $138,000.00**

## RECEIPTS AS OF 01/01/2025

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/27/2023 | $2,300.00 | 4124357 | 12/04/2023 | $2,300.00 | |
| 01/03/2024 | $2,300.00 | | 01/30/2024 | $2,300.00 | |
| 03/04/2024 | $2,300.00 | | 04/01/2024 | $2,300.00 | |
| 04/29/2024 | $2,300.00 | | 05/31/2024 | $2,300.00 | |
| 07/05/2024 | $2,300.00 | | 08/05/2024 | $2,300.00 | |
| 09/04/2024 | $2,300.00 | | 10/01/2024 | $2,300.00 | |
| 11/08/2024 | $2,300.00 | | 12/09/2024 | $2,300.00 | |

**Total Receipts: $32,200.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $32,200.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | |
| | 12/16/2024 | $26.66 | 937,757 | | | |
| LAKE MOHAWK COUNTRY CLUB | | | | | | |
| | 03/11/2024 | $5,651.07 | 924,978 | 04/15/2024 | $1,631.33 | 926,435 |
| | 05/10/2024 | $1,631.33 | 927,880 | 06/17/2024 | $1,631.33 | 929,321 |
| | 07/02/2024 | ($5,651.07) | 924,978 | 07/15/2024 | $7,335.60 | 930,767 |
| | 08/19/2024 | $1,684.53 | 932,209 | 09/16/2024 | $1,684.53 | 933,634 |
| | 10/21/2024 | $1,666.80 | 935,067 | 11/18/2024 | $789.95 | 936,529 |
| NATIONSTAR MORTGAGE LLC | | | | | | |
| | 03/11/2024 | $1,678.93 | 924,273 | 04/15/2024 | $484.67 | 925,681 |
| | 05/10/2024 | $484.67 | 927,190 | 06/17/2024 | $484.67 | 928,549 |
| | 07/15/2024 | $500.47 | 930,067 | 08/19/2024 | $500.47 | 931,459 |
| | 09/16/2024 | $500.47 | 932,964 | 10/21/2024 | $495.20 | 934,313 |
| | 11/18/2024 | $234.70 | 935,813 | | | |
| PNC BANK NATIONAL ASSOCIATION | | | | | | |
| | 12/16/2024 | $49.05 | 938,090 | | | |

**Chapter 13 Case # 23-18333**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | |
| | 11/18/2024 | $1,137.35 | 8,004,374 | 12/16/2024 | $830.88 | 8,004,414 |
| US DEPARTMENT OF EDUCATION | | | | | | |
| | 12/16/2024 | $1,254.10 | 938,487 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,369.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CITI MASTERCARD | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | DISCOVER BANK | UNSECURED | 7,253.69 | * | 69.96 | |
| 0007 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 13,346.06 | * | 128.72 | |
| 0010 | SYNCHRONY BANK | UNSECURED | 307.86 | * | 0.00 | |
| 0013 | UNITED STATES TREASURY/IRS | PRIORITY | 1,968.23 | 100.00% | 1,968.23 | |
| 0014 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | US DEPARTMENT OF EDUCATION | UNSECURED | 341,206.81 | * | 3,291.02 | |
| 0025 | LAKE MOHAWK COUNTRY CLUB | SECURED | 18,055.40 | 100.00% | 18,055.40 | |
| 0026 | NATIONSTAR MORTGAGE LLC | (NEW) Prepetition A | 5,364.25 | 100.00% | 5,364.25 | |
| 0027 | NISSAN FINANCIAL SERVICES | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0028 | UNITED STATES TREASURY/IRS | UNSECURED | 46.89 | * | 0.00 | |

**Total Paid: $34,496.58**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $32,200.00 - Paid to Claims: $28,877.58 - Admin Costs Paid: $5,619.00 = Funds on Hand: $3.42

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.