**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY - NEWARK DIVISION**

| | |
|---|---|
| In Re: | Case No. 23-18333-RG |
| ERIC PATRICK MARTIN, | Chapter 13 |
| Debtor(s). | |

**REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES**

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for Nationstar Mortgage LLC and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, submits this Request for Notice and Service of Copies as agent for Nationstar Mortgage LLC and not as counsel of record.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Leslie Gomez
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of

the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: February 18, 2025

ALDRIDGE PITE, LLP

/s/ Leslie Gomez

Leslie Gomez
ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
bkecfinbox@aldridgepite.com

ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY - NEWARK DIVISION**

| | |
|---|---|
| In re | Case No. 23-18333-RG |
| ERIC PATRICK MARTIN, | Chapter 13 |
| Debtor(s). | PROOF OF SERVICE |

I, Tammy Williams, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this cause.

On February 18, 2025, I caused the REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES to be served by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2025 /s/ Tammy Williams

**SERVICE LIST**

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Eric Patrick Martin
41 Valley View Trail
Sparta, NJ 07871

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

PRO SE

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004
magecf@magtrustee.com