LAVERY & SIRKIS
Joan Sirkis Warren, Esquire
699 Washington Street, Suite 103
Hackettstown, NJ 07840
(908) 850-6161
Attorney for Debtor, Eric Patrick Martin
ID#JW4841

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF | CHAPTER 13 |
| Eric Patrick Martin, | |
| | CASE #23-18333/RG |
| Debtor | |

## SUBSTITUTION OF COUNSEL

The undersigned hereby consent to the substitution of Joan Sirkis Warren, Esq., as attorney for the debtor in the above-captioned matter.

/s/Eric Patrick Martin
Eric Patrick Martin, Pro Se

/s/ Joan Sirkis Warren, Esq.
Joan Sirkis Warren, Esq.
Superseding Attorney

Dated: 3/21/2025