UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: Nationstar Mortgage LLC D/B/A Mr. Cooper

Order Filed on April 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Eric Patrick Martin

    Debtor

Case Number: 23-18333-RG

Judge: Rosemary Gambardella

Hearing Date(s): April 2, 2025 at 10:00 a.m.

Chapter: 13

| Recommended Local Form | ☐ Followed | ☑ Modified |

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: April 22, 2025**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC D/B/A Mr. Cooper |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Joan Sirkis Warren |
| Property Involved ("Collateral"): | 41 Valley View Trail, Sparta, NJ 07871 |

Relief sought:   ☑ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☑ The Debtor is overdue for **8** months, from **09/01/2024** to **04/01/2025**.

    ☑ The Debtor is overdue for **3** payments at **$2,582.31** per month and for **5** months at **$2,630.21** per month.

    ☐ The Debtor is assessed for ___ late charges at $_____ per month.

    ☑ Applicant acknowledges Debtor's Suspense Balance in the amount of **$2,030.50**.

    Total Arrearages Due **$18,867.48**

2. Debtor must cure all post-petition arrearages, as follows:

    ☑ Immediate payment shall be made in the amount of **$18,867.48** Payment shall be made no later

than **04/30/2025**; however, Debtor is free to make payments prior to the deadline.

☑ Beginning on **05/01/2025**, regular monthly mortgage payments shall continue to be made in the amount of **$2,630.21** or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☑ Immediate payment:  **Nationstar Mortgage LLC**
**Attn: Bankruptcy Department**
**P.O. Box 619094**
**Dallas, TX 75261-9741**

☑ Regular monthly payment:  **Nationstar Mortgage LLC**
**Attn: Bankruptcy Department**
**P.O. Box 619094**
**Dallas, TX 75261-9741**

☐ Monthly cure payment:  _____
_____
_____

4. In the event of Default:

☑ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor,

3

and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☑ The Applicant is awarded attorneys' fees of $1,350.00, and costs of $199.00.

The fees and costs are payable:

☑ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

_____*Joan Warren*_____
Joan Sirkis Warren, Esquire
Counsel for Debtor


_____*Steven P. Kelly*_____
Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

*Rev.8/1/15*

4

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 23-18333-RG
Eric Patrick Martin                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                User: admin                                    Page 1 of 2
Date Rcvd: Apr 22, 2025             Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

**Recip ID        Recipient Name and Address**
db            +  Eric Patrick Martin, 41 Valley View Trail, Sparta, NJ 07871-1418

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:

**Name**                    **Email Address**
Denise E. Carlon
                            on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Joan Sirkis Warren
                            on behalf of Debtor Eric Patrick Martin joan@joanlaverylaw.com

Marie-Ann Greenberg
                            magecf@magtrustee.com

Roger Fay
                            on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com

Steven Eisenberg
                            on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkecf@sterneisenberg.com
                            jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
                            on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper skelly@sterneisenberg.com  bkecf@sterneisenberg.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 22, 2025 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7