JOAN SIRKIS WARREN
LAVERY & SIRKIS
699 WASHINGTON STREET
SUITE 103
HACKETTSTOWN, NJ 07840

Re: ERIC PATRICK MARTIN
41 VALLEY VIEW TRAIL
SPARTA, NJ 07871

Atty: JOAN SIRKIS WARREN
LAVERY & SIRKIS
699 WASHINGTON STREET
SUITE 103
HACKETTSTOWN, NJ 07840

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 23-18333**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $138,000.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/27/2023 | $2,300.00 | 4124357 | 12/04/2023 | $2,300.00 | |
| 01/03/2024 | $2,300.00 | | 01/30/2024 | $2,300.00 | |
| 03/04/2024 | $2,300.00 | | 04/01/2024 | $2,300.00 | |
| 04/29/2024 | $2,300.00 | | 05/31/2024 | $2,300.00 | |
| 07/05/2024 | $2,300.00 | | 08/05/2024 | $2,300.00 | |
| 09/04/2024 | $2,300.00 | | 10/01/2024 | $2,300.00 | |
| 11/08/2024 | $2,300.00 | | 12/09/2024 | $2,300.00 | |
| 01/08/2025 | $2,300.00 | | 02/04/2025 | $2,300.00 | |
| 03/11/2025 | $2,300.00 | | 04/14/2025 | $2,300.00 | |
| 05/12/2025 | $2,300.00 | | 06/09/2025 | $2,300.00 | |
| 07/09/2025 | $2,300.00 | | 08/05/2025 | $2,300.00 | |
| 09/09/2025 | $2,300.00 | | 10/14/2025 | $2,300.00 | |
| 11/10/2025 | $2,300.00 | | 12/22/2025 | $2,300.00 | |

**Total Receipts: $59,800.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $59,800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | |
| | 12/16/2024 | $26.66 | 937,757 | 01/13/2025 | $43.30 | 939,202 |
| | 02/10/2025 | $43.34 | 940,556 | 03/17/2025 | $43.27 | 941,950 |
| | 05/12/2025 | $12.28 | 944,854 | 06/16/2025 | $87.53 | 946,266 |
| | 07/14/2025 | $43.76 | 947,711 | 08/18/2025 | $43.76 | 949,091 |
| | 09/16/2025 | $43.76 | 950,422 | 10/20/2025 | $43.30 | 951,864 |
| | 11/17/2025 | $43.30 | 953,334 | 01/12/2026 | $43.30 | 956,152 |

**Chapter 13 Case # 23-18333**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LAKE MOHAWK COUNTRY CLUB | | | | | | |
| | 03/11/2024 | $5,651.07 | 924,978 | 04/15/2024 | $1,631.33 | 926,435 |
| | 05/10/2024 | $1,631.33 | 927,880 | 06/17/2024 | $1,631.33 | 929,321 |
| | 07/02/2024 | ($5,651.07) | 924,978 | 07/15/2024 | $7,335.60 | 930,767 |
| | 08/19/2024 | $1,684.53 | 932,209 | 09/16/2024 | $1,684.53 | 933,634 |
| | 10/21/2024 | $1,666.80 | 935,067 | 11/18/2024 | $789.95 | 936,529 |
| NATIONSTAR MORTGAGE LLC | | | | | | |
| | 03/11/2024 | $1,678.93 | 924,273 | 04/15/2024 | $484.67 | 925,681 |
| | 05/10/2024 | $484.67 | 927,190 | 06/17/2024 | $484.67 | 928,549 |
| | 07/15/2024 | $500.47 | 930,067 | 08/19/2024 | $500.47 | 931,459 |
| | 09/16/2024 | $500.47 | 932,964 | 10/21/2024 | $495.20 | 934,313 |
| | 11/18/2024 | $234.70 | 935,813 | 05/12/2025 | $1,549.00 | 944,277 |
| PNC BANK NATIONAL ASSOCIATION | | | | | | |
| | 12/16/2024 | $49.05 | 938,090 | 01/13/2025 | $79.67 | 939,512 |
| | 02/10/2025 | $79.74 | 940,866 | 03/17/2025 | $79.60 | 942,285 |
| | 05/12/2025 | $22.59 | 945,172 | 06/16/2025 | $161.04 | 946,607 |
| | 07/14/2025 | $80.52 | 948,041 | 08/18/2025 | $80.52 | 949,390 |
| | 09/16/2025 | $80.52 | 950,734 | 10/20/2025 | $79.67 | 952,199 |
| | 11/17/2025 | $79.67 | 953,648 | 01/12/2026 | $79.67 | 956,460 |
| SYNCHRONY BANK | | | | | | |
| | 03/17/2025 | $6.65 | 941,615 | 07/14/2025 | $6.09 | 947,350 |
| | 10/20/2025 | $5.55 | 951,472 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 11/18/2024 | $1,137.35 | 8,004,374 | 12/16/2024 | $830.88 | 8,004,414 |
| US DEPARTMENT OF EDUCATION | | | | | | |
| | 12/16/2024 | $1,254.10 | 938,487 | 01/13/2025 | $2,036.92 | 939,902 |
| | 02/10/2025 | $2,036.80 | 941,241 | 03/17/2025 | $2,037.01 | 942,715 |
| | 05/12/2025 | $577.53 | 945,574 | 06/16/2025 | $4,117.15 | 947,012 |
| | 07/14/2025 | $2,058.58 | 948,456 | 08/18/2025 | $2,058.58 | 949,750 |
| | 09/16/2025 | $2,058.58 | 951,117 | 10/20/2025 | $2,036.91 | 952,618 |
| | 11/17/2025 | $2,036.91 | 954,032 | 01/12/2026 | $2,036.91 | 956,854 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,772.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CITI MASTERCARD | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | DISCOVER BANK | UNSECURED | 7,253.69 | * | 517.56 | |
| 0007 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 13,346.06 | * | 952.26 | |
| 0010 | SYNCHRONY BANK | UNSECURED | 307.86 | * | 18.29 | |
| 0013 | UNITED STATES TREASURY/IRS | PRIORITY | 1,968.23 | 100.00% | 1,968.23 | |
| 0014 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | US DEPARTMENT OF EDUCATION | UNSECURED | 341,206.81 | * | 24,345.98 | |
| 0025 | LAKE MOHAWK COUNTRY CLUB | SECURED | 18,055.40 | 100.00% | 18,055.40 | |

**Chapter 13 Case # 23-18333**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0026 | NATIONSTAR MORTGAGE LLC | (NEW) Prepetition A | 5,364.25 | 100.00% | 5,364.25 | |
| 0027 | NISSAN FINANCIAL SERVICES | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0028 | UNITED STATES TREASURY/IRS | UNSECURED | 46.89 | * | 0.00 | |
| 0029 | NATIONSTAR MORTGAGE LLC | (NEW) MTG Agree | 1,549.00 | 100.00% | 1,549.00 | |

**Total Paid: $59,792.97**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $59,800.00 - Paid to Claims: $52,770.97 - Admin Costs Paid: $7,022.00 = Funds on Hand: $7.03

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.